UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY C. LEE and
SYLVIA L. LEE,

      Plaintiffs,

v.                                            Case No. 8:10-cv-751-T-24 TGW

AMERICAN ECONOMY INSURANCE
COMPANY,

      Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion to Extend Pretrial Deadlines. (Doc. No. 13). As explained below, the motion is denied.

Plaintiffs filed suit against Defendant in state court, and Defendant removed the case to this Court on March 30, 2010. In the complaint, Plaintiffs assert a claim for breach of an insurance contract. Specifically, Plaintiffs contend that Defendant failed to pay them full benefits under their insurance policy for property damage caused by Hurricane Frances in 2004.

On May 24, 2010, this Court entered a Scheduling Order setting the deadlines in this case, including setting the trial in this case on the Court's June 2011 trial calendar. On September 16, 2010, the parties moved to extend the expert disclosure deadlines, which this Court granted. However, in the endorsed order granting the motion, the Court stated that no other deadlines were extended.

Thereafter, on November 17, 2010, the parties filed the instant motion, in which they ask the Court to extend Defendant's expert disclosure deadline, the mediation deadline, the

discovery deadline, and the dispositive motion deadline by three months. In fact, according to the parties' request, if the parties file dispositive motions on the requested April 22, 2011 deadline, the responses to the motions would not even be due before the May 11, 2011 pretrial conference. Thus, this Court cannot grant the requested extension to the pretrial deadlines, because it would be impossible to rule on such dispositive motions prior to the pretrial conference.[1]

Additionally, this Court notes that the parties fail to explain why they need a three month extension to the deadlines. Under Federal Rule of Civil Procedure 16(b)(4), the deadlines in a Scheduling Order may only be modified for good cause, which has not been shown in this case.

Accordingly, it is ORDERED AND ADJUDGED that the parties' Joint Motion to Extend Pretrial Deadlines (Doc. No. 13) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of November, 2010.

Susan C. Bucklew<br>
SUSAN C. BUCKLEW<br>
United States District Judge

Copies to:
Counsel of Record

---

[1] Normally, when a party requests an extension to the dispositive motion deadline, the party must also accept that the pretrial conference and trial dates will also need to be extended by the same amount of time.

2