UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY C. LEE and
SYLVIA L. LEE,

      Plaintiffs,

v.                                                 Case No.  8:10-cv-751-T-24 TGW

AMERICAN ECONOMY INSURANCE
COMPANY,

      Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion to Extend Certain Pretrial Deadlines.  (Doc. No. 15).  As explained below, the motion is **GRANTED IN PART AND DENIED IN PART**.

Plaintiffs filed suit against Defendant in state court, and Defendant removed the case to this Court on March 30, 2010.  In the complaint, Plaintiffs assert a claim for breach of an insurance contract.  Specifically, Plaintiffs contend that Defendant failed to pay them full benefits under their insurance policy for property damage caused by Hurricane Frances in 2004.

On May 24, 2010, this Court entered a Scheduling Order setting the deadlines in this case, including setting the trial in this case on the Court's June 2011 trial calendar.  On September 16, 2010, the parties moved to extend the expert disclosure deadlines, which this Court granted.  However, in the endorsed order granting the motion, the Court stated that no other deadlines were extended.

Thereafter, on November 17, 2010, the parties filed a motion to extend certain deadlines,

in which they asked the Court to extend Defendant's expert disclosure deadline, the mediation deadline, the discovery deadline, and the dispositive motion deadline by three months. This Court denied the motion, noting that the requested extensions would make it impossible for the Court to rule on dispositive motions prior to the pretrial conference.

Thereafter, on November 23, 2010, Defendant filed the instant motion, in which it asks that certain deadlines (other than the dispositive motion deadline, the pretrial conference date, and trial month) be extended. While the Court will extend Defendant's expert disclosure deadline to December 24, 2010 and the discovery deadline to February 11, 2011, the Court will not extend the mediation deadline. The Court requires that parties mediate prior to the deadline for filing dispositive motions, which is currently set for February 1, 2011. As such, the mediation deadline remains January 14, 2011. Furthermore, Plaintiffs are directed to file a notice by December 17, 2010 that informs the Court of the parties' mediation date and the mediator they have selected. Failure to do so will result in the Court selecting a mediator and setting a mediation date without the parties' input.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of November, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record